Certificate Number: 15111-NJ-DE-040695404

Bankruptcy Case Number: 26-11720



15111-NJ-DE-040695404

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on March 5, 2026, at 12:32 o'clock PM EST, Charles A. Thompson Jr. completed a course on personal financial management given by internet by BE Adviser, LLC, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the District of New Jersey.

Date: March 5, 2026

By: /s/Hasan Bilal for Ryan McDonough

Name: Ryan McDonough

Title: Executive Director of Education