**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**
CAMDEN

**Thomas G. Egner, Esq.**
**McDowell Law, PC**
**46 W. Main Street**
**Maple Shade, NJ 08052**
**Telephone: (856) 482-5544**
**Telecopier: (856) 482-5511**
------------------------------------------------------------------X

| | | |
|---|---|---|
| **In re:** | : | **Chapter 13** |
| | : | |
| **Charles A. Thompson,** | : | **Case No. 26-11720** |
| | : | |
| | : | |
| | : | |
| **Debtors** | : | |

------------------------------------------------------------------X

## WITHDRAWAL OF DOCUMENT NO. 19 VOLUNTARY PETITION FOR INDIVIDUALS FILING BANKRUPTCY FILED ON 03/04/2026

I, **Thomas G. Egner, Esq.,** counsel to Debtor(s), **Charles A. Thompson,** hereby withdraw

document no. **19**, Voluntary Petition For Individuals Filing Bankruptcy filed **03/04/2026** in the

above referenced matter.

McDowell Law, PC

Dated: March 9, 2026              *By:/s/***Thomas G. Egner**
                                        **Thomas G. Egner,** Esq.
                                        Attorney for the Debtor(s)