

**Order Filed on March 13, 2026
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re:

    Charles A. Thompson, Jr.

| | |
|---|---|
| Case No.: | 26-11720 |
| Chapter: | 13 |
| Hearing Date: | |
| Judge: | ABA |

**ORDER VACATING**

## Order Respecting Amendment to Voluntary Petition

    The relief set forth on the following page is hereby **ORDERED**.

**DATED: March 13, 2026**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

The Court on its own motion finds that the:

## Order Respecting Amendment to Voluntary Petition

was entered in this case in error and must be vacated; and for good cause shown, it is

ORDERED that the above mentioned Order , dated _____March 12, 2026_____, be and the

same is hereby vacated.

*revised 2/25/14*