| Information to identify the case: | | | |
|---|---|---|---|
| **Debtor 1:** | Charles A. Thompson Jr. <br> First Name  Middle Name  Last Name | Social Security number or ITIN:  xxx–xx–4659 <br> EIN:  _ _ – _ _ _ _ _ _ | |
| **Debtor 2:** <br> (Spouse, if filing) | First Name  Middle Name  Last Name | Social Security number or ITIN:  _ _ _ _ <br> EIN:  _ _ – _ _ _ _ _ _ | |
| United States Bankruptcy Court:  District of New Jersey | | Date case filed for chapter:  13  2/17/26 | |
| Case number:  26–11720–ABA | | | |

Official Form 309I

# Notice of Chapter 13 Bankruptcy Case

**10/20**

**For the debtors listed above, a case has been filed under chapter 13 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors, the debtors' property, and certain codebtors. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

Confirmation of a chapter 13 plan may result in a discharge. Creditors who assert that the debtors are not entitled to a discharge under 11 U.S.C. § 1328(f) must file a motion objecting to discharge in the bankruptcy clerk's office within the deadline specified in this notice. Creditors who want to have their debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office by the same deadline. (See line 13 below for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at  https://pacer.uscourts.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

**Undeliverable notices will be sent by return mail to the debtor. It is the debtor's responsibility to obtain the party's correct address, resend the returned notice, and notify this office of the party's change of address. Failure to provide all parties with a copy of this notice may adversely affect the debtor as provided by the Bankruptcy Code.**

| | | **About Debtor 1:** | **About Debtor 2:** |
|---|---|---|---|
| 1. | **Debtor's full name** | Charles A. Thompson Jr. | |
| 2. | **All other names used in the last 8 years** | aka Charlie A. Thompson, aka Charles Andrew Thompson Jr., aka Charlie Andrew Thompson Jr., aka Charles Thompson Jr., aka Charlie Thompson, aka Charles Thompson, aka Charles Andrew Thompson, aka Charles A. Thompson, aka Charlie Andrew Thompson, aka Charlie Thompson Jr., aka Charlie A. Thompson Jr. | |
| 3. | **Address** | 108 Winding Way <br> Westville, NJ 08093 | |
| 4. | **Debtor's attorney** <br> Name and address | Thomas G. Egner <br> McDowell Law, PC <br> 46 West Main Street <br> Maple Shade, NJ 08052 | Contact phone 856–482–5544 <br><br> Email:  tegner@mcdowelllegal.com |
| 5. | **Bankruptcy trustee** <br> Name and address | Andrew B Finberg <br> Office of the Chapter 13 Standing Trustee <br> 535 Route 38 <br> Suite 580 <br> Cherry Hill, NJ 08002 | Contact phone 856–663–5002 |
| 6. | **Bankruptcy clerk's office** <br> Documents in this case may be filed at this address. <br> You may inspect all records filed in this case at this office or online at  https://pacer.uscourts.gov. <br> (800) 676-6856 | 401 Market Street <br> Camden, NJ 08102 <br> Additional information may be available at the Court's Web Site: <br> www.njb.uscourts.gov. | Hours open: Monday thru Friday 9:00am – 4:00pm CLOSED ON WEEKENDS AND FEDERAL HOLIDAYS <br> Contact phone: 856–361–2300 <br> Date: 3/12/26 |

THIS IS AN AMENDED NOTICE BECAUSE THE DEBTOR HAS FILED EITHER AN AMENDMENT TO THE PETITION OR TO THE STATEMENT ABOUT DEBTORS SOCIAL SECURITY NUMBER

**For more information, see page 2**

Official Form 309I                    **Notice of Chapter 13 Bankruptcy Case**                                        page 1

Debtor **Charles A. Thompson Jr.**                                           Case number **26–11720–ABA**

| | | |
|---|---|---|
| **7. Meeting of creditors**<br>**Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend.**<br>**Creditors may attend, but are not required to do so.**<br>All individual debtors must provide picture identification and proof of social security number to the trustee at the meeting of creditors. Failure to do so may result in your case being dismissed. | **March 19, 2026 at 09:00 AM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | **Location:**<br>**Meeting held by Zoom, visit join.zoom.us, Enter Meeting ID 571 854 9346, Click on JOIN using passcode 0895556855, or call 1–856–329–3438**<br><br>For additional meeting information go to https://www.justice.gov/ust/moc |
| **8. Deadlines**<br>The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **Deadline to file a complaint to challenge dischargeability of certain debts:**<br><br>**You must file:**<br>• a motion if you assert that the debtors are not entitled to receive a discharge under U.S.C. § 1328(f) or<br>• a complaint if you want to have a particular debt excepted from discharge under 11 U.S.C. § 523(a)(2) or (4). | **Filing deadline: 5/18/26** |
| | **Deadline for all creditors to file a proof of claim (except governmental units):** | **Filing deadline: 5/12/26** |
| | **Deadline for governmental units to file a proof of claim:** | **Filing deadline: 180 days from date of order for relief.**<br>**11 U.S.C. § 502(b)(9)** |
| | **Deadlines for filing proof of claim:**<br> A proof of claim is a signed statement describing a creditor's claim. A proof of claim form ("Official Form 410") may be obtained at www.uscourts.gov or any bankruptcy clerk's office. You may also contact the Clerk's Office where this case is pending to request that a Proof of Claim form be mailed to you. The Clerk's Office telephone number is included on the front of this Notice. Also, Claims can be filed electronically through the court's website at: http://www.njb.uscourts.gov under File An Electronic Claim.<br>If you do not file a proof of claim by the deadline, you might not be paid on your claim. To be paid, you must file a proof of claim even if your claim is listed in the schedules that the debtor filed.<br>Secured creditors retain rights in their collateral regardless of whether they file a proof of claim. Filing a proof of claim submits the creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a proof of claim may surrender important nonmonetary rights, including the right to a jury trial. | |
| | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| **9.  Filing of plan** | The debtor has filed a plan. The plan is enclosed. The hearing on confirmation will be held on:<br>**4/22/26** at **09:00 AM** , Location: **Courtroom 4B, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street, Camden, NJ 08101–2067** | |
| **10. Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadline in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| **11. Filing a chapter 13 bankruptcy case** | Chapter 13 allows an individual with regular income and debts below a specified amount to adjust debts according to a plan. A plan is not effective unless the court confirms it. You may object to confirmation of the plan and appear at the confirmation hearing. A copy of the plan, if not enclosed, will be sent to you later, and if the confirmation hearing is not indicated on this notice, you will be sent notice of the confirmation hearing. The debtor will remain in possession of the property and may continue to operate the business, if any, unless the court orders otherwise. | |
| **12. Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors, even if the case is converted to chapter 7. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at  https://pacer.uscourts.gov. If you believe that the law does not authorize an exemption that debtors claimed, you may file an objection by the deadline. | |
| **13. Discharge of debts** | Confirmation of a chapter 13 plan may result in a discharge of debts, which may include all or part of a debt. However, unless the court orders otherwise, the debts will not be discharged until all payments under the plan are made. A discharge means that creditors may never try to collect the debt from the debtors personally except as provided in the plan. If you want to have a particular debt excepted from discharge under 11 U.S.C. § 523(a)(2) or (4), you must file a complaint and pay the filing fee in the bankruptcy clerk's office by the deadline. If you believe that the debtors are not entitled to a discharge of any of their debts under 11 U.S.C. § 1328(f), you must file a motion by the deadline.<br><br>**WRITING A LETTER TO THE COURT OR THE JUDGE IS NOT A SUBSTITUTE FOR FILING AN ADVERSARY COMPLAINT OBJECTING TO DISCHARGE OR DISCHARGEABILITY. IN NO CIRCUMSTANCE WILL WRITING A LETTER PROTECT YOUR RIGHTS.** | |

United States Bankruptcy Court

District of New Jersey

| In re: | Case No. 26-11720-ABA |
|---|---|
| Charles A. Thompson, Jr. | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| District/off: 0312-1 | User: admin | Page 1 of 4 |
|---|---|---|
| Date Rcvd: Mar 12, 2026 | Form ID: 309I | Total Noticed: 74 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 14, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Charles A. Thompson, Jr., 108 Winding Way, Westville, NJ 08093-2209 |
| 520985034 | + | Associa Mid-Atlantic, 14000 Horizon Way, Suite 200, Mount Laurel, NJ 08054-4342 |
| 520985049 | + | John Falzer Danziger, Portnoy Schneck, LLC, 3705 Quakerbridge Road, Suite 116, Hamilton, NJ 08619-1288 |
| 521022004 | + | Macy's/ Dept Stores Natl Bank, Attn: Bankruptcy, 9111 Duke Boulevard, Mason, OH 45040-8999 |
| 520985056 | + | Minute Loan Center, 2501 Concord Pike, Wilmington, DE 19803-5002 |
| 520985057 | | My Full Wallet, Wakpamni Lake Community Corporation, 1 Wakoamni Lake Road, Wakpamni, SD 57716 |
| 520985068 | | State of New Jersey, Dept. of Labor and Workforce Dev., LWD Fraud Prevention & Risk Mgmt., PO Box 650, Trenton, NJ 08646-0650 |
| 521022025 | | Upgrade Inc., Attn: Bankruptcy, 375 Battery Street FL 23, San Francisco, CA 94111 |
| 520985073 | + | Virtua Health, c/o Lee S Dennison, 231 High Street, Mount Holly, NJ 08060-1450 |
| 520985074 | + | Virtua Patient Accounting, 2000 Crawford Place, Suite 100, Mount Laurel, NJ 08054-3920 |

TOTAL: 10

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| aty | | Email/Text: tegner@mcdowelllegal.com | Mar 12 2026 21:15:00 | Thomas G. Egner, McDowell Law, PC, 46 West Main Street, Maple Shade, NJ 08052 |
| tr | + | Email/Text: pmarraffa@standingtrustee.com | Mar 12 2026 21:15:00 | Andrew B Finberg, Office of the Chapter 13 Standing Truste, 535 Route 38, Suite 580, Cherry Hill, NJ 08002-2977 |
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Mar 12 2026 21:15:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Mar 12 2026 21:15:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 521021995 | + | Email/PDF: AffirmBKNotifications@resurgent.com | Mar 12 2026 21:29:14 | Affirm Inc., Attn: Bankruptcy, 650 California Street, 12th Floor, San Francisco, CA 94108-2716 |
| 520985031 | + | Email/PDF: AffirmBKNotifications@resurgent.com | Mar 12 2026 21:29:14 | Affirm, Inc., Attn: Bankruptcy, 650 California St, Fl 12, San Francisco, CA 94108-2716 |
| 521014616 | + | EDI: PHINAMERI.COM | Mar 13 2026 01:05:00 | AmeriCredit Financial Services, Inc. dba GM Financ, P O Box 183853, Arlington, TX 76096-3853 |
| 520985032 | ^ | MEBN | Mar 12 2026 21:14:15 | American Coradius Internat'l, LLC, 2420 Sweet Home Rd., Suite 150, Amherest, NY 14228-2244 |
| 520985033 | ^ | MEBN | Mar 12 2026 21:17:39 | Apex Asset Management LLC, Attn: Bankruptcy Dept., PO Box 5407, Lancaster, PA 17606-5407 |
| 520985066 | | Email/Text: fwdbctl@spotloan.com | Mar 12 2026 21:15:51 | Spotloan, P.O. Box 720, Belcourt, ND 58316 |
| 520985035 | + | Email/Text: nmurtaugh@westville-nj.com | Mar 12 2026 21:15:54 | Borough of Westville, Tax Office, 165 Broadway, Westville, NJ 08093-1148 |
| 521021996 | | Email/Text: cfcbackoffice@contfinco.com | | |

District/off: 0312-1                          User: admin                              Page 2 of 4
Date Rcvd: Mar 12, 2026                       Form ID: 309I                            Total Noticed: 74

|  |  |  | Mar 12 2026 21:15:00 | Celtic Bank/Continental Finance Company, Attn: Bankruptcy, 4550 New Linden Hill Road, Wilmington, DE 19808 |
| 520985036 | + | EDI: AISACG.COM | Mar 13 2026 01:05:00 | Capital One Auto Finance, AIS Portfolio Services, LLC, 4515 N. Santa Fe Ave., Dept. APS, Oklahoma City, OK 73118-7901 |
| 520985037 | + | Email/Text: BNKO@cpcrecovery.com | Mar 12 2026 21:16:00 | Central Portfolio Control, Attn: Bankruptcy Dept, 10249 Yellow Circle Drive, Suite 200, Minnetonka, MN 55343-9111 |
| 521021997 | + | EDI: CITICORP | Mar 13 2026 01:05:00 | Citibank/The Home Depot, Citicorp Cr Srvs/Centralized Bankruptcy, PO Box 790046, Staint Louis, MO 63179-0046 |
| 521021998 | + | EDI: WFNNB.COM | Mar 13 2026 01:05:00 | Comenity Bank/ Buckle, Attn: Bankruptcy, PO Box 182272, Columbus, OH 43218-2272 |
| 521021999 | + | EDI: WFNNB.COM | Mar 13 2026 01:05:00 | Comenity Bank/ New York, Attn: Bankruptcy, PO Box 182125, Columbus, OH 43218-2125 |
| 521022000 | + | EDI: WFNNB.COM | Mar 13 2026 01:05:00 | Comenity Bank/Wayfair, Attn: Bankruptcy, PO Box 182125, Columbus, OH 43218-2125 |
| 520985038 | ^ | MEBN | Mar 12 2026 21:15:50 | D&A Services, LLC, 1400 E. Touhy Ave, Suite G2, Des Plaines, IL 60018-3338 |
| 521022001 | + | EDI: DISCOVER | Mar 13 2026 01:05:00 | Discover Bank, PO Box 3025, New Albany, OH 43054-3025 |
| 520985039 |  | Email/Text: bankruptcycourts@equifax.com | Mar 12 2026 21:15:00 | Equifax Information Services, PO Box 740241, Atlanta, GA 30348 |
| 520985040 | ^ | MEBN | Mar 12 2026 21:14:38 | Experian, PO Box 4500, Allen, TX 75013-1311 |
| 520985041 | ^ | MEBN | Mar 12 2026 21:18:13 | Faloni Law Group, Attn: David A. Faloni, 425 Eagle Rock Ave, Suite 404, Roseland, NJ 07068-1717 |
| 520985042 | ^ | MEBN | Mar 12 2026 21:18:14 | Faloni Law Group LLC, 425 Eagle Roack Ave., Suite 404, Roseland, NJ 07068-1717 |
| 520985043 | + | Email/Text: data_processing@fin-rec.com | Mar 12 2026 21:15:00 | Financial Recovery Services Inc, PO Box 21405, Eagan, MN 55121-0405 |
| 520985044 | + | EDI: PHINAMERI.COM | Mar 13 2026 01:05:00 | Gm Financial, Attn: Bankruptcy, 801 Cherry Street, Ste. 3500, Fort Worth, TX 76102-6854 |
| 520985045 | ^ | MEBN | Mar 12 2026 21:18:29 | Grimley Financial Corp., 1415 Route 70 East, Suite LL5, Cherry Hill, NJ 08034-2229 |
| 520985046 | + | Email/Text: foreclosures-bankruptcies@hometap.com | Mar 12 2026 21:15:00 | Hometap Equity Partners, LLC, 75 Arlingtin Street, Suite 500, Boston, MA 02116-3986 |
| 520985047 | + | EDI: IRS.COM | Mar 13 2026 01:05:00 | Internal Revenue Service, Centralized Insolvency Operation, PO Box 7346, Philadelphia, PA 19101-7346 |
| 521006640 |  | EDI: JEFFERSONCAP.COM | Mar 13 2026 01:05:00 | Jefferson Capital Systems LLC, PO Box 7999, St. Cloud, MN 56302-9617 |
| 520985048 | + | EDI: JEFFERSONCAP.COM | Mar 13 2026 01:05:00 | Jefferson Capital Systems, Llc, Attn: Bankruptcy, 200 14th Ave E, Sartekk, MN 56377-4500 |
| 521022002 | + | Email/Text: bankruptcy@kikoff.com | Mar 12 2026 21:15:00 | Kikoff Lending LLC, Attn: Bankruptcy, 75 Broadway, Suite 226, San Francisco, CA 94111-1458 |
| 520985050 | + | Email/PDF: resurgentbknotifications@resurgent.com | Mar 12 2026 21:29:12 | LVNV Funding LLC, 355 S. Main Street, Suite 300-D, Greenville, SC 29601-2923 |
| 520985051 | + | Email/PDF: resurgentbknotifications@resurgent.com | Mar 12 2026 21:29:12 | LVNV Funding LLC/Resurgent Capital Servi, Resurgent Correspondence, Attn: Bankrupt, Po Box 1269, Greenville, SC 29602-1269 |
| 521006796 |  | Email/PDF: resurgentbknotifications@resurgent.com |  |  |

District/off: 0312-1                                     User: admin                                          Page 3 of 4
Date Rcvd: Mar 12, 2026                              Form ID: 309I                                     Total Noticed: 74

| | | Mar 12 2026 21:28:49 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
|---|---|---|---|
| 521022003 | + EDI: LENDNGCLUB | Mar 13 2026 01:05:00 | Lending Club, Attn: Bankruptcy, 595 Market Street, Suite 200, San Francisco, CA 94105-5839 |
| 520985052 | Email/Text: camanagement@mtb.com | Mar 12 2026 21:15:00 | M & T Bank, Attn: Bankruptcy, Po Box 844, Buffalo, NY 14240 |
| 520985054 | + Email/Text: financeadmin@mdg.com | Mar 12 2026 21:15:00 | MDG USA, Inc./Capital Community Bank, Attn: Bankruptcy, 3422 Old Capitol Trail, Pmb# 1993, Wilmington, DE 19808-6124 |
| 520985053 | + Email/Text: bankruptcy@marinerfinance.com | Mar 12 2026 21:15:00 | Mariner Finance, Attn: Bankruptcy, 8211 Town Center Drive, Nottingham, MD 21236-5904 |
| 520985055 | + Email/Text: bankruptcydpt@mcmcg.com | Mar 12 2026 21:15:00 | Midland Credit Mgmt, Attn: Bankruptcy, Po Box 939069, San Diego, CA 92193-9069 |
| 520985058 | + Email/Text: Bankruptcies@nragroup.com | Mar 12 2026 21:16:00 | National Recovery Agency, 2491 Paxton St, Harrisburg, PA 17111-1036 |
| 520985059 | + Email/Text: netcreditbnc@enova.com | Mar 12 2026 21:16:42 | NetCredit, NetCredit Customer Support Team, Attn: B, 175 W. Jackson Blvd., Suite 600, Chicago, IL 60604-2948 |
| 520985060 | Email/Text: netcreditbnc@enova.com | Mar 12 2026 21:16:42 | NetCredit, PO Box 206766, Dallas, TX 75320-6766 |
| 521026399 | + EDI: AGFINANCE.COM | Mar 13 2026 01:05:00 | OneMain Financial Group, LLC, PO Box 3251, Evansville, IN 47731-3251 |
| 521028768 | EDI: PRA.COM | Mar 13 2026 01:05:00 | PORTFOLIO RECOVERY ASSOCIATES, LLC, POB 41067, Norfolk, VA 23541 |
| 520985062 | EDI: PRA.COM | Mar 13 2026 01:05:00 | Portfolio Recovery Associates, LLC, Attn: Bankruptcy, 120 Corporate Boulevard, Norfolk, VA 23502 |
| 520985065 | Email/Text: signed.order@pfwattorneys.com | Mar 12 2026 21:15:00 | Pressler, Felt & Warshaw LLP, 7 Entin Road, Parsippany, NJ 07054-5020 |
| 520985064 | Email/Text: signed.order@pfwattorneys.com | Mar 12 2026 21:15:00 | Pressler, Felt & Warshaw LLP, Attn:, 7 Entin Road, Parsippany, NJ 07054-5020 |
| 520985063 | Email/Text: signed.order@pfwattorneys.com | Mar 12 2026 21:15:00 | Pressler, Felt & Warshaw LLP, Attn: Gerard J. Felt, 7 Entin Road, Parsippany, NJ 07054-5020 |
| 520985061 | + Email/Text: pcabkt@phillips-cohen.com | Mar 12 2026 21:15:00 | Phillips & Cohen Associates, Ltd., Mail Stop 520, 1002 Justison Street, Wilmington, DE 19801-5148 |
| 520985069 | Email/Text: NJTax.BNCnoticeonly@treas.nj.gov | Mar 12 2026 21:15:00 | State of New Jersey Division of Taxation, Bankruptcy Section, PO Box 245, Trenton, NJ 08695 |
| 521022005 | + Email/Text: bankruptcy@creditkarma.com | Mar 12 2026 21:15:00 | Seed Financial, Attn: Bankruptcy, 548 Market Street, PMB 33447, San Francisco, CA 94104-5401 |
| 520985067 | + EDI: AGFINANCE.COM | Mar 13 2026 01:05:00 | Springlf Fin, Po Box 1010, Evansville, IN 47706-1010 |
| 521022006 | + EDI: SYNC | Mar 13 2026 01:05:00 | Syncb/Paypal Credit Card, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 521022022 | + EDI: SYNC | Mar 13 2026 01:05:00 | Synchrony Bank/ Care Credit, Atn: Bankruptcy, PO Box 965036, Orlando, FL 32896-5036 |
| 521022021 | + EDI: SYNC | Mar 13 2026 01:05:00 | Synchrony Bank/ Care Credit, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 521022023 | + EDI: SYNC | Mar 13 2026 01:05:00 | Synchrony Bank/ Chevron, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 521022024 | + EDI: SYNC | Mar 13 2026 01:05:00 | Synchrony Bank/ Lowes, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |

District/off: 0312-1                                    User: admin                                    Page 4 of 4
Date Rcvd: Mar 12, 2026                                 Form ID: 309I                                  Total Noticed: 74

| | | | | |
|---|---|---|---|---|
| 521022020 | + EDI: SYNC | | Mar 13 2026 01:05:00 | Synchrony Bank/Amazon, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 521022019 | + EDI: SYNC | | Mar 13 2026 01:05:00 | Synchrony Bank/Walmart, Attn: Bankruptcy, PO Box 965065, Orlando, FL 32896-5065 |
| 520985070 | + EDI: WTRRNBANK.COM | | Mar 13 2026 01:05:00 | Target NB, Co Financial & Retail Services, Mailstop BT PO Box 9475, Minneapolis, MN 55440-9475 |
| 520985071 | + Email/Text: ClericalSupport@tenagliahunt.com | | Mar 12 2026 21:15:00 | Tenaglia & Hunt, PA, Attn: Steven Christoph BOC, 395 West Passaic St., Suite 405, Rochelle Park, NJ 07662-3016 |
| 520985072 | ^ MEBN | | Mar 12 2026 21:14:57 | TransUnion, PO Box 2000, Chester, PA 19016-2000 |
| 521023755 | Email/Text: bknotice@upgrade.com | | Mar 12 2026 21:15:00 | Upgrade, Inc., Attn: Bankruptcy, 275 Battery Street, FL 23, San Francisco, CA 94111 |

TOTAL: 64

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 14, 2026                      Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 18, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Andrew B Finberg | courtmail@standingtrustee.com  ecf.mail_9022@mg.bkdocs.us |
| Thomas G. Egner | on behalf of Debtor Charles A. Thompson  Jr. tegner@mcdowelllegal.com, tcuccuini@mcdowelllegal.com;kgresh@mcdowelllegal.com;cgetz@mcdowelllegal.com;jmiller@mcdowelllegal.com;egnertr62202@notify.bestcase.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 3