UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-2(c)**

Thomas G. Egner, Esquire
McDowell Law, PC
46 West Main Street
Maple Shade, NJ 08052
Tel: (856) 482-5544  Fax: (856) 482-5511
Email: tegner@mcdowelllegal.com

In re:

**Charles A. Thompson, Jr.**

Case No.:       **26-11720**

Chapter:       **13**

Adv. No.:

Hearing Date:

Judge:

## CERTIFICATION OF SERVICE

1. I, __Kristie Gresh__ :

    ☐ represent ___ in the this matter.

    ☑ am the secretary/paralegal for __Thomas Egner__ , who represents

    __the debtor__ in the this matter.

    ☐ am the ___ in the this case and am representing myself.

2. On __3/16/2026__ , I sent a copy of the following pleadings and/or documents to the parties listed in the chart below:
    Order Respecting Amendment
    Amended Schedules
    Filed Plan
    Notice of Chapter 13 Bankruptcy
    Notice of Confirmation of Chapter 13 Plan

3. I hereby certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Dated:  __March 16, 2026__

__/s/ Kristie Gresh__
Signature

1

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| **Affirm, Inc**<br>**Attn: Bankruptcy**<br>**650 California Street**<br>**Floor 12**<br>**San Francisco, CA 94108** | Creditor | ☐ Hand-delivered<br>☑ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other ____<br>(as authorized by the court *) |
| **Celtic Bank/Continental Finance Company**<br>**Attn: Bankruptcy**<br>**4550 New Linden Hill Road**<br>**Wilmington, DE 19808** | Creditor | ☐ Hand-delivered<br>☑ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other ____<br>(as authorized by the court *) |
| **Citibank/The Home Depot**<br>**Citicorp Cr Srvs/Centralized Bankruptcy**<br>**PO Box 790046**<br>**Saint Louis, MO 63179** | Creditor | ☐ Hand-delivered<br>☑ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other ____<br>(as authorized by the court *) |
| **Comenity Bank/Buckle**<br>**Attn: Bankruptcy**<br>**PO Box 182272**<br>**Columbus, OH 43218** | Creditor | ☐ Hand-delivered<br>☑ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other ____<br>(as authorized by the court *) |
| **Comenity Bank/New York**<br>**Attn: Bankruptcy**<br>**PO Box 182125**<br>**Columbus, OH 43218** | Creditor | ☐ Hand-delivered<br>☑ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other ____<br>(as authorized by the court *) |
| **Comenity Bank/Wayfair**<br>**Attn: Bankruptcy**<br>**PO Box 182125**<br>**Columbus, OH 43218** | Creditor | ☐ Hand-delivered<br>☑ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other ____<br>(as authorized by the court *) |
| **Discover Bank**<br>**PO Box 3025**<br>**New Albany, OH 43054** | Creditor | ☐ Hand-delivered<br>☑ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other ____<br>(as authorized by the court *) |
| **Kikoff Lending LLC**<br>**Attn: Bankruptcy**<br>**75 Broadway Suite 226** | Creditor | ☐ Hand-delivered<br>☑ Regular mail<br>☐ Certified mail/RR |

*rev. 8/1/15*

| | | |
|---|---|---|
| **San Francisco, CA 94111** | | ☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other ___<br>(as authorized by the court *) |
| **Lending Club**<br>**Attn: Bankruptcy**<br>**595 Market Street**<br>**Suite 200**<br>**San Francisco, CA 94105** | Creditor | ☐ Hand-delivered<br>☑ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other ___<br>(as authorized by the court *) |
| **Macy's / Dept Stores Natl Bank**<br>**Attn: Bankruptcy**<br>**9111 Duke Boulevard**<br>**Mason, OH 45040** | Creditor | ☐ Hand-delivered<br>☑ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other ___<br>(as authorized by the court *) |
| **Seed Financial**<br>**Attn: Bankruptcy**<br>**548 Market Street**<br>**PMB 33447**<br>**San Francisco, CA 94104** | Creditor | ☐ Hand-delivered<br>☑ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other ___<br>(as authorized by the court *) |
| **Syncb/Paypal Credit Card**<br>**Attn: Bankruptcu**<br>**PO Box 965060**<br>**Orlando, FL 32896** | Creditor | ☐ Hand-delivered<br>☑ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other ___<br>(as authorized by the court *) |
| **Synchrony Bank/ Walmart**<br>**Attn: Bankruptcy**<br>**PO Box 965065**<br>**Orlando, FL 32896** | Creditor | ☐ Hand-delivered<br>☑ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other ___<br>(as authorized by the court *) |
| **Synchrony Bank/Amazon**<br>**Attn: Bankruptcy**<br>**PO Box 965060**<br>**Orlando, FL 32896** | Creditor | ☐ Hand-delivered<br>☑ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other ___<br>(as authorized by the court *) |
| **Synchrony Bank/Care Credit**<br>**Attn: Bankruptcy**<br>**PO Box 965060**<br>**Orlando, FL 32896** | Creditor | ☐ Hand-delivered<br>☑ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other ___<br>(as authorized by the court *) |
| **Synchrony Bank/Care Credit**<br>**Attn: Bankruptcy**<br>**PO Box 965036** | Creditor | ☐ Hand-delivered<br>☑ Regular mail<br>☐ Certified mail/RR |

*rev. 8/1/15*

| | | |
|---|---|---|
| **Orlando, FL 32896** | | ☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other ___<br>(as authorized by the court *) |
| **Synchrony Bank/Chevron**<br>**Attn: Bankruptcy**<br>**PO Box 965060**<br>**Orlando, FL 32896** | Creditor | ☐ Hand-delivered<br>☑ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other ___<br>(as authorized by the court *) |
| **Synchrony Bank/Lowes**<br>**Attn: Bankruptcy**<br>**PO Box 965060**<br>**Orlando, FL 32896** | Creditor | ☐ Hand-delivered<br>☑ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other ___<br>(as authorized by the court *) |
| **Upgrade Inc**<br>**Attn: Bankruptcy**<br>**275 Battery Street, FL 23**<br>**San Francisco, CA 94111** | Creditor | ☐ Hand-delivered<br>☑ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other ___<br>(as authorized by the court *) |

* May account for service by fax or other means as authorized by the court through the issuance of an Order Shortening Time.

*rev. 8/1/15*