UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In re:                                                        Bankr. Case No. 26-11720-ABA

Charles A. Thompson, Jr.                                             Chapter 13
        Debtor(s)

**REQUEST FOR NOTICE**

   Pursuant to Rule 2002(g), Americredit Financial Services, Inc. dba GM Financial hereby requests that all notices, pleadings and other documents in this case be served upon it at the following address:

        Americredit Financial Services, Inc. dba GM Financial
        PO Box 183853
        Arlington, TX  76096

                                By   /s/  Mandy Youngblood

                                Mandy Youngblood
                                PO Box 183853
                                Arlington, TX  76096
                                877-203-5538
                                877-259-6417
                                Customer.service.bk@gmfinancial.com

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In re:                                                          Bankr. Case No. 26-11720-ABA

Charles A. Thompson, Jr.                                                        Chapter 13
        Debtor(s)


**Certificate of Service**

This Request for Notice was served electronically on the following individuals on March 9, 2026 :


Thomas G. Egner                          Andrew Finberg
46 West Main Street                      525 Route 73 South, Suite 200
Maple Shade, NJ 08052                    Marlton, NJ 08053


By  /s/ Mandy Youngblood
    Mandy Youngblood


xxxxx62026 / 1128238