GB-1435-C

Eisenberg Gold & Agrawal, P.C.
1040 Kings Hwy N #200
Cherry Hill, NJ 08034
(856) 330-6200
Attorney for: AmeriCredit Financial
Services, Inc. dba GM Financial

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

|  |  |
|---|---|
| IN RE: | ) Case No. 26-11720 (ABA) |
|  | ) CHAPTER 13 |
| CHARLES A. THOMPSON, JR. | ) |
|  | ) CERTIFICATION IN SUPPORT OF |
|  | ) MOTION OF AMERICREDIT FINANCIAL |
|  | ) SERVICES, INC. dba GM FINANCIAL FOR |
|  | ) RELIEF FROM THE AUTOMATIC STAY |

Jodi Loyd certifies as follows:

1. I am employed by AmeriCredit Financial Services, Inc. dba GM Financial ("GM Financial") and am familiar with the facts of this case.

2. On August 02, 2021, the Debtor executed a Retail Installment Contract for the purchase of a **2018 Nissan Murano** more particularly described in the following paragraph. The contract was assigned to AmeriCredit Financial Services, Inc. dba GM Financial and the Debtor became indebted to GM Financial in accordance with the terms of same. To secure payment of the contract, the Debtor caused the title to the vehicle to be delivered to GM Financial. As a result, GM Financial is the holder of a first purchase money security interest encumbering the vehicle. True copies of the contract and title are annexed hereto.

GB-1435-C

3. The following information sets forth the make, model and serial number of the vehicle, the original terms of the contract, the clean retail and trade-in values of the vehicle, and the current status of the Debtor's loan:

A. Make, model, and serial number of motor vehicle:

2018 Nissan Murano

Serial number: 5N1AZ2MH1JN201038

(i) Total of payments: $47,120.40

(ii) Term: 72 months

(iii) Monthly payment: $654.45

(iv) First payment due: 9/16/2021

B. Clean retail value: $12,475.00

Clean trade-in value: $9,650.00
*values derived from NADA Official Used Car Guide, February 2026 edition.

C. Delinquency status:

**The account is past due 2-16-2026 and contractually from 12-16-25 to 1-16-26**

**Amount of default: $2,378.35**

D. Statement of amount due

Net balance: $19,241.77 plus late charges, per diem interest and all counsel fees and costs associated with this motion that the court may award.

GB-1435-C

4.  AmeriCredit Financial Services, Inc. dba GM Financial demands stay relief for the following reasons:

    a.  The Debtor is failing to make loan payments to GM Financial and is failing to provide GM Financial with adequate protection.

    b.  GM Financial has possession of the vehicle following a pre-petition repossession and requires stay relief in order to process and sell it.

I CERTIFY THAT THE FOREGOING STATEMENTS MADE BY ME ARE TRUE.  I AM AWARE THAT IF ANY OF THE FOREGOING STATEMENTS MADE BY ME ARE WILLFULLY FALSE, I AM SUBJECT TO PUNISHMENT.

Dated: 3/11/26

Arlington, TX

_____
Jodi Loyd

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-2(c)**

In Re:

Case No.: _____

Hearing Date: _____

Chapter: _____

Judge: _____

### CERTIFICATION OF SECURED CREDITOR REGARDING POST-PETITION PAYMENT HISTORY ON VEHICLE LOAN/LEASE

_____ of full age, employed as _____ by _____, hereby certifies the following information:

    Vehicle lender/lessor: _____

    Vehicle description: _____

**POST-PETITION PAYMENTS RECEIVED** (Petition filed on _____)

| Amount due | Date Payment due | Date payment received | Amount received | How payment applied (mo./yr) | Type of payment (See Legend below) |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |
| 6. | | | | | |
| 7. | | | | | |
| 8. | | | | | |

| Amount due | Date Payment due | Date Payment received | Amount Received | How Payment applied (mo./yr) | Type of Payment (See Legend below) |
|---|---|---|---|---|---|
| 9. | | | | | |
| 10. | | | | | |
| 11. | | | | | |
| 12. | | | | | |
| Total 654.45 | | | 0.00 | | |

(Continue on attached sheets if necessary)

Monthly payments past due @ $_____ 654.45 _____ per month from __February 2026__ to _____ :

$____ 654.45 ____

Plus miscellaneous amounts due:

Late Charges: $____ 50.00 ____

Repossession fees: $____ 385.00 ____

Extension fees: $_____

Other : $_____

**TOTAL POST-PETITION PAST DUE**.......................................... $ _____ 1,089.45 _____

Pre-petition arrears: _____ to _____

( 1.9703 months x $____ 654.16 ____ per month = $____ 1,288.90 ____ )

**Legend:** MP = monthly payment; EXF = Extension fee; LC = Late Charge O = Other*specify other payments received

I certify under penalty of perjury that the foregoing is true and correct.

____3/11/26_____

Date of signature

_____ _Jodi Leyd_ _____

Signature