**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**
**CAMDEN**

IN RE:

Charles A. Thompson,

                Debtor

**CHAPTER 13**

Case No. 26-11720-ABA

**NOTICE OF APPEARANCE &**
**REQUEST FOR NOTICE**

       **PLEASE TAKE NOTICE** that the undersigned, Mikelle Bliss, Esq. of the law firm of HINSHAW & CULBERTSON LLP, is hereby entering an appearance as counsel of record for Creditor, Hometap Investment Partners III SPV, LLC, by and through its servicer, Hometap Equity Partners, LLC (collectively, "Hometap"), in the above-captioned action and hereby demands service of all pleadings and all notices and other papers in this action upon the Creditor at the address stated below.

Mikelle V. Bliss
Hinshaw & Culbertson LLP
111 Wood Avenue S, Suite 210
Iselin, NJ 08830
Tel.: (908) 292-0023
mbliss@hinshawlaw.com

       This request includes not only the notices and papers referred to in the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**"), including, without limitation, those Bankruptcy Rules specified above, but also includes, without limitation, any plan and objections thereto, notices of any orders, pleadings, motions, applications, complaints, demands, hearings, answers, responses, memoranda and/or briefs in support of the foregoing, any other documents brought before the Court with respect to those pleadings, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, hand delivery, telephone, telegraph, telex,

facsimile, e-mail or otherwise, which (1) affects or seeks to affect in any way any rights or interests of Hometap, with respect to (a) the debtor, or (b) property of the debtor's estate, or proceeds thereof, in which the debtor and/or Hometap may claim an interest; or  (2) requires or seeks to require any act, delivery of any property, payment or other conduct of Hometap.

Respectfully submitted, this 8th day of March, 2026.

Dated: May 8, 2026
New York, New York

**HINSHAW & CULBERTSON LLP**

By: _____

Mikelle V. Bliss, Esq.
111 Wood Avenue S, Suite 210
Iselin, NJ 08830
Tel: (908) 292-0023
Email: mbliss@hinshawlaw.com
*Attorneys for Creditor Hometap*
*Investment Partners III SPV, LLC, by and*
*through its servicer, Hometap Equity*
*Partners, LLC*

## **CERTIFICATE OF SERVICE**

I, Mikelle V. Bliss, Esq., hereby certify that, on this date, I have caused a true and correct

copy of the foregoing NOTICE OF APPEARANCE & REQUEST FOR NOTICE to be served

via CM/ECF E-filing and regular mail upon:


McDowell Law, PC
46 West Main Street
Maple Shade, NJ 08052
*Attorneys for Debtors Charles A. Thompson*

Andrew B. Finberg
Office of the Chapter 13 Standing Trustee
535 Route 38, suite 580
Cherry Hill, NJ 08002
*Trustee*

United States Trustee
United States Department of Justice
Office of the US Trustee
One Newark Center, Suite 2100
Newark, NJ 07102
*U.S. Trustee*

Dated: March 8, 2026

_____
Mikelle V. Bliss, Esq.