UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1**

MATTHEW FISSEL, ESQUIRE
KML LAW GROUP, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 19106
215-627-1322
mfissel@kmllawgroup.com
Attorneys for Secured Creditor:
Lakeview Loan Servicing, LLC

In Re:

Charles A. Thompson, Jr. aka Charlie Thompson aka Charlie A. Thompson aka Charles Andrew Thompson, Jr., aka Charlie Andrew Thompson, Jr., aka Charles Thompson, Jr., aka Charles Thompson aka Charles A. Thompson aka Charlie Andrew Thompson

Debtor

**Order Filed on May 15, 2026
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

Case No.:  26-11720 ABA

Hearing Date: 5/27/2026 @ 9am

Judge:  Andrew B. Altenburg Jr.

## ORDER RESOLVING SECURED CREDITOR'S OBJECTION TO DEBTOR'S CHAPTER 13 PLAN

The relief set forth on the following pages, numbered two (2) through two (2) is hereby
**ORDERED**

**DATED: May 15, 2026**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

Page 2

| | |
|---|---|
| Debtor: | Charles A. Thompson, Jr. aka Charlie Thompson aka Charlie A. Thompson aka Charles Andrew Thompson, Jr., aka Charlie Andrew Thompson, Jr., aka Charles Thompson, Jr., aka Charles Thompson aka Charles A. Thompson aka Charlie Andrew Thompson |
| Case No.: | 26-11720 ABA |
| Caption: | **ORDER RESOLVING SECURED CREDITOR'S OBJECTION TO DEBTOR'S CHAPTER 13 PLAN** |

This matter having been brought before the Court by KML Law Group, P.C., attorneys for Secured Creditor, Lakeview Loan Servicing, LLC, holder of a mortgage on real property located at 108 Winding Way, Westville, NJ 08093, Matthew Fissel appearing, by way of objection to the confirmation of Debtor's Chapter 13 Plan, and this Court having considered the representations of attorneys for Secured Creditor and Thomas G. Egner, Esquire, attorney for Debtor, and for good cause having been shown;

It **ORDERED, ADJUDGED and DECREED** that Secured Creditor will file a proof of claim prior to the proof of claim bar date; and

It is **FURTHER ORDERED, ADJUDGED and DECREED** that Debtor shall pay the arrearage claim of Secured Creditor in full, when filed; and

It is **FURTHER ORDERED, ADJUDGED and DECREED** that Debtor is to make post-petition payments in accordance with the terms of the note, mortgage, and notices of payment change; and

It is **FURTHER ORDERED, ADJUDGED and DECREED** that Debtor reserves his right to object to Secured Creditor's proof of claim and notice of payment change; and

It is **FURTHER ORDERED, ADJUDGED and DECREED** that Secured Creditor's objection to confirmation is hereby resolved.