Form plncf13 − ntccnfpln13v27

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.:  26−11720−ABA
Chapter:  13
Judge:  Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
    Charles A. Thompson Jr.
    aka Charlie A. Thompson, aka Charles
    Andrew Thompson Jr., aka Charlie Andrew
    Thompson Jr., aka Charles Thompson Jr.,
    aka Charlie Thompson, aka Charles
    Thompson, aka Charles Andrew
    Thompson, aka Charles A. Thompson, aka
    Charlie Andrew Thompson, aka Charlie
    Thompson Jr., aka Charlie A. Thompson Jr.
    108 Winding Way
    Westville, NJ 08093

Social Security No.:
    xxx−xx−4659

Employer's Tax I.D. No.:

## NOTICE OF ORDER CONFIRMING CHAPTER 13 PLAN

NOTICE IS HEREBY GIVEN that an Order Confirming the Chapter 13 plan was entered on June 25, 2026.

Dated: June 25, 2026
JAN: jld

Jeanne Naughton
Clerk

United States Bankruptcy Court

District of New Jersey

In re:                                                                                                  Case No. 26-11720-ABA

Charles A. Thompson, Jr.                                                                      Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-1                              User: admin                                          Page 1 of 5

Date Rcvd: Jun 25, 2026                          Form ID: plncf13                                     Total Noticed: 79

The following symbols are used throughout this certificate:

**Symbol       Definition**

+              Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS
               regulations require that automation-compatible mail display the correct ZIP.

++             Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

^              Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 27, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Charles A. Thompson, Jr., 108 Winding Way, Westville, NJ 08093-2209 |
| 520985034 | + | Associa Mid-Atlantic, 14000 Horizon Way, Suite 200, Mount Laurel, NJ 08054-4342 |
| 521090372 | + | Hometap Investment Partners III SPV, LLC, Thomas L. Henderson - Hinshaw & Culberts, 16102 Chagrin Boulevard, Ste 112, Shaker Heights, OH 44120-5474 |
| 520985049 | + | John Falzer Danziger, Portnoy Schneck, LLC, 3705 Quakerbridge Road, Suite 116, Hamilton, NJ 08619-1288 |
| 521022004 | + | Macy's/ Dept Stores Natl Bank, Attn: Bankruptcy, 9111 Duke Boulevard, Mason, OH 45040-8999 |
| 520985056 | + | Minute Loan Center, 2501 Concord Pike, Wilmington, DE 19803-5002 |
| 520985057 | | My Full Wallet, Wakpamni Lake Community Corporation, 1 Wakoamni Lake Road, Wakpamni, SD 57716 |
| 520985068 | | State of New Jersey, Dept. of Labor and Workforce Dev., LWD Fraud Prevention & Risk Mgmt., PO Box 650, Trenton, NJ 08646-0650 |
| 520985070 | + | TD Bank USA, NA, Attn Weinstein & Riley, P.S., 749 Gateway, Suite G-601, Abilene, TX 79602-1196 |
| 521022025 | | Upgrade Inc., Attn: Bankruptcy, 375 Battery Street FL 23, San Francisco, CA 94111 |
| 520985073 | + | Virtua Health, c/o Lee S Dennison, 231 High Street, Mount Holly, NJ 08060-1450 |
| 520985074 | + | Virtua Patient Accounting, 2000 Crawford Place, Suite 100, Mount Laurel, NJ 08054-3920 |

TOTAL: 12

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern
Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Jun 25 2026 21:07:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Jun 25 2026 21:07:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | + | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Jun 25 2026 21:06:00 | AmeriCredit Financial Services, Inc. dba GM Financ, 4000 Embarcadero Drive, Arlington, TX 76014-4101 |
| 521040588 | | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Jun 25 2026 21:06:00 | AmeriCredit Financial Services, Inc., dba GM Financial, P O Box 183853, Arlington, TX 76096 |
| 521021995 | + | Email/PDF: AffirmBKNotifications@resurgent.com | Jun 25 2026 21:15:02 | Affirm Inc., Attn: Bankruptcy, 650 California Street, 12th Floor, San Francisco, CA 94108-2716 |
| 520985031 | + | Email/PDF: AffirmBKNotifications@resurgent.com | Jun 25 2026 21:15:19 | Affirm, Inc., Attn: Bankruptcy, 650 California St, Fl 12, San Francisco, CA 94108-2716 |
| 521014616 | + | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Jun 25 2026 21:06:00 | AmeriCredit Financial Services, Inc. dba GM Financ, P O Box 183853, Arlington, TX 76096-3853 |
| 520985032 | ^ | MEBN | Jun 25 2026 21:05:00 | American Coradius Internat'l, LLC, 2420 Sweet Home Rd., Suite 150, Amherest, NY 14228-2244 |
| 520985033 | ^ | MEBN | Jun 25 2026 21:03:53 | Apex Asset Management LLC, Attn: Bankruptcy Dept., PO Box 5407, Lancaster, PA 17606-5407 |
| 520985066 | | Email/Text: fwdbctl@spotloan.com | | |

District/off: 0312-1                              User: admin                                            Page 2 of 5

Date Rcvd: Jun 25, 2026                          Form ID: plncf13                                       Total Noticed: 79

| | | | |
|---|---|---|---|
| 520985035 | + Email/Text: nmurtaugh@westville-nj.com | Jun 25 2026 21:06:54 | Spotloan, P.O. Box 720, Belcourt, ND 58316 |
| 521021996 | Email/Text: cfcbackoffice@contfinco.com | Jun 25 2026 21:07:14 | Borough of Westville, Tax Office, 165 Broadway, Westville, NJ 08093-1148 |
| 520985036 | + Email/PDF: acg.acg.ebn@aisinfo.com | Jun 25 2026 21:06:00 | Celtic Bank/Continental Finance Company, Attn: Bankruptcy, 4550 New Linden Hill Road, Wilmington, DE 19808 |
| 520985037 | + Email/Text: BNKO@cpcrecovery.com | Jun 25 2026 21:15:16 | Capital One Auto Finance, AIS Portfolio Services, LLC, 4515 N. Santa Fe Ave., Dept. APS, Oklahoma City, OK 73118-7901 |
| 521021997 | + Email/PDF: Citi.BNC.Correspondence@citi.com | Jun 25 2026 21:07:00 | Central Portfolio Control, Attn: Bankruptcy Dept, 10249 Yellow Circle Drive, Suite 200, Minnetonka, MN 55343-9111 |
| 521021998 | + Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jun 25 2026 21:36:35 | Citibank/The Home Depot, Citicorp Cr Srvs/Centralized Bankruptcy, PO Box 790046, Staint Louis, MO 63179-0046 |
| 521021999 | + Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jun 25 2026 21:07:00 | Comenity Bank/ Buckle, Attn: Bankruptcy, PO Box 182272, Columbus, OH 43218-2272 |
| 521022000 | + Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jun 25 2026 21:07:00 | Comenity Bank/ New York, Attn: Bankruptcy, PO Box 182125, Columbus, OH 43218-2125 |
| 520985038 | ^ MEBN | Jun 25 2026 21:07:00 | Comenity Bank/Wayfair, Attn: Bankruptcy, PO Box 182125, Columbus, OH 43218-2125 |
| 521022001 | + Email/Text: mrdiscen@discover.com | Jun 25 2026 21:04:42 | D&A Services, LLC, 1400 E. Touhy Ave, Suite G2, Des Plaines, IL 60018-3338 |
| 520985039 | Email/Text: bankruptcycourts@equifax.com | Jun 25 2026 21:06:00 | Discover Bank, PO Box 3025, New Albany, OH 43054-3025 |
| 520985040 | ^ MEBN | Jun 25 2026 21:06:00 | Equifax Information Services, PO Box 740241, Atlanta, GA 30348 |
| 520985041 | ^ MEBN | Jun 25 2026 21:04:11 | Experian, PO Box 4500, Allen, TX 75013-1311 |
| 520985042 | ^ MEBN | Jun 25 2026 21:06:00 | Faloni Law Group, Attn: David A. Faloni, 425 Eagle Rock Ave, Suite 404, Roseland, NJ 07068-1717 |
| 520985043 | + Email/Text: data_processing@fin-rec.com | Jun 25 2026 21:06:00 | Faloni Law Group LLC, 425 Eagle Roack Ave., Suite 404, Roseland, NJ 07068-1717 |
| 520985044 | + Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Jun 25 2026 21:07:00 | Financial Recovery Services Inc, PO Box 21405, Eagan, MN 55121-0405 |
| 520985045 | ^ MEBN | Jun 25 2026 21:06:00 | Gm Financial, Attn: Bankruptcy, 801 Cherry Street, Ste. 3500, Fort Worth, TX 76102-6854 |
| 520985046 | + Email/Text: foreclosures-bankruptcies@hometap.com | Jun 25 2026 21:06:08 | Grimley Financial Corp., 1415 Route 70 East, Suite LL5, Cherry Hill, NJ 08034-2229 |
| 520985047 | + Email/Text: sbse.cio.bnc.mail@irs.gov | Jun 25 2026 21:07:00 | Hometap Equity Partners, LLC, 75 Arlingtin Street, Suite 500, Boston, MA 02116-3986 |
| 521006640 | Email/Text: JCAP_BNC_Notices@jcap.com | Jun 25 2026 21:06:00 | Internal Revenue Service, Centralized Insolvency Operation, PO Box 7346, Philadelphia, PA 19101-7346 |
| 520985048 | + Email/Text: JCAP_BNC_Notices@jcap.com | Jun 25 2026 21:07:00 | Jefferson Capital Systems LLC, PO Box 7999, St. Cloud, MN 56302-9617 |
| 521022002 | + Email/Text: bankruptcy@kikoff.com | Jun 25 2026 21:07:00 | Jefferson Capital Systems, Llc, Attn: Bankruptcy, 200 14th Ave E, Sartekk, MN 56377-4500 |
| 520985050 | + Email/PDF: resurgentbknotifications@resurgent.com | Jun 25 2026 21:06:00 | Kikoff Lending LLC, Attn: Bankruptcy, 75 Broadway, Suite 226, San Francisco, CA 94111-1458 |
| | | Jun 25 2026 21:14:36 | LVNV Funding LLC, 355 S. Main Street, Suite 300-D, Greenville, SC 29601-2923 |

| | | | |
|---|---|---|---|
| 520985051 | + Email/PDF: resurgentbknotifications@resurgent.com | Jun 25 2026 21:15:06 | LVNV Funding LLC/Resurgent Capital Servi, Resurgent Correspondence, Attn: Bankrupt, Po Box 1269, Greenville, SC 29602-1269 |
| 521006796 | Email/PDF: resurgentbknotifications@resurgent.com | Jun 25 2026 21:15:02 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 521022003 | + Email/Text: Documentfiling@lciinc.com | Jun 25 2026 21:06:00 | Lending Club, Attn: Bankruptcy, 595 Market Street, Suite 200, San Francisco, CA 94105-5839 |
| 520985052 | Email/Text: camanagement@mtb.com | Jun 25 2026 21:07:00 | M & T Bank, Attn: Bankruptcy, Po Box 844, Buffalo, NY 14240 |
| 521089753 | Email/Text: camanagement@mtb.com | Jun 25 2026 21:07:00 | M&T Bank, P.O. Box 840, Buffalo, NY 14240-0840 |
| 521079815 | + Email/Text: bankruptcy@marinerfinance.com | Jun 25 2026 21:06:00 | MARINER FINANCE, 8110 CORPORATE DR, Nottingham, MD 21236-5034 |
| 520985054 | + Email/Text: financeadmin@mdg.com | Jun 25 2026 21:06:00 | MDG USA, Inc./Capital Community Bank, Attn: Bankruptcy, 3422 Old Capitol Trail, Pmb# 1993, Wilmington, DE 19808-6124 |
| 520985053 | + Email/Text: bankruptcy@marinerfinance.com | Jun 25 2026 21:06:00 | Mariner Finance, Attn: Bankruptcy, 8211 Town Center Drive, Nottingham, MD 21236-5904 |
| 521065529 | + Email/Text: bankruptcydpt@mcmcg.com | Jun 25 2026 21:07:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 520985055 | + Email/Text: bankruptcydpt@mcmcg.com | Jun 25 2026 21:07:00 | Midland Credit Mgmt, Attn: Bankruptcy, Po Box 939069, San Diego, CA 92193-9069 |
| 520985058 | + Email/Text: Bankruptcies@nragroup.com | Jun 25 2026 21:07:00 | National Recovery Agency, 2491 Paxton St, Harrisburg, PA 17111-1036 |
| 520985059 | + Email/Text: netcreditbnc@enova.com | Jun 25 2026 21:07:00 | NetCredit, NetCredit Customer Support Team, Attn: B, 175 W. Jackson Blvd., Suite 600, Chicago, IL 60604-2948 |
| 520985060 | Email/Text: netcreditbnc@enova.com | Jun 25 2026 21:07:00 | NetCredit, PO Box 206766, Dallas, TX 75320-6766 |
| 521026399 | + Email/PDF: cbp@omf.com | Jun 25 2026 21:14:57 | OneMain Financial Group, LLC, PO Box 3251, Evansville, IN 47731-3251 |
| 521028768 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jun 25 2026 21:14:29 | PORTFOLIO RECOVERY ASSOCIATES, LLC, POB 41067, Norfolk, VA 23541 |
| 520985062 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jun 25 2026 21:15:17 | Portfolio Recovery Associates, LLC, Attn: Bankruptcy, 120 Corporate Boulevard, Norfolk, VA 23502 |
| 520985065 | + Email/Text: signed.order@pfwattorneys.com | Jun 25 2026 21:06:00 | Pressler, Felt & Warshaw LLP, 7 Entin Road, Parsippany, NJ 07054-5020 |
| 520985064 | + Email/Text: signed.order@pfwattorneys.com | Jun 25 2026 21:06:00 | Pressler, Felt & Warshaw LLP, Attn:, 7 Entin Road, Parsippany, NJ 07054-5020 |
| 520985063 | + Email/Text: signed.order@pfwattorneys.com | Jun 25 2026 21:06:00 | Pressler, Felt & Warshaw LLP, Attn: Gerard J. Felt, 7 Entin Road, Parsippany, NJ 07054-5020 |
| 520985061 | + Email/Text: pcabkt@phillips-cohen.com | Jun 25 2026 21:06:00 | Phillips & Cohen Associates, Ltd., Mail Stop 520, 1002 Justison Street, Wilmington, DE 19801-5148 |
| 521062653 | ^ MEBN | Jun 25 2026 21:05:24 | SEED FI/CRB, 4315 Pickett Road, Bankruptcy Department, St. Joseph, Missouri 64503-1600 |
| 520985069 | Email/Text: NJTax.BNCnoticeonly@treas.nj.gov | Jun 25 2026 21:06:00 | State of New Jersey Division of Taxation, Bankruptcy Section, PO Box 245, Trenton, NJ 08695 |
| 521022005 | + Email/Text: bankruptcy@creditkarma.com | Jun 25 2026 21:06:00 | Seed Financial, Attn: Bankruptcy, 548 Market Street, PMB 33447, San Francisco, CA 94104-5401 |
| 520985067 | + Email/PDF: cbp@omf.com | | |

District/off: 0312-1 · User: admin · Page 4 of 5

Date Rcvd: Jun 25, 2026 · Form ID: plncf13 · Total Noticed: 79

| | | | | |
|---|---|---|---|---|
| | | | Jun 25 2026 21:15:12 | Springlf Fin, Po Box 1010, Evansville, IN 47706-1010 |
| 521022006 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Jun 25 2026 21:15:13 | Syncb/Paypal Credit Card, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 521022022 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Jun 25 2026 21:14:57 | Synchrony Bank/ Care Credit, Atn: Bankruptcy, PO Box 965036, Orlando, FL 32896-5036 |
| 521022021 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Jun 25 2026 21:14:56 | Synchrony Bank/ Care Credit, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 521022023 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Jun 25 2026 21:14:56 | Synchrony Bank/ Chevron, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 521022024 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Jun 25 2026 21:15:13 | Synchrony Bank/ Lowes, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 521022020 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Jun 25 2026 21:14:56 | Synchrony Bank/Amazon, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 521022019 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Jun 25 2026 21:14:19 | Synchrony Bank/Walmart, Attn: Bankruptcy, PO Box 965065, Orlando, FL 32896-5065 |
| 520985071 | + | Email/Text: ClericalSupport@tenagliahunt.com | Jun 25 2026 21:06:00 | Tenaglia & Hunt, PA, Attn: Steven Christoph BOC, 395 West Passaic St., Suite 405, Rochelle Park, NJ 07662-3016 |
| 520985072 | ^ | MEBN | Jun 25 2026 21:04:25 | TransUnion, PO Box 2000, Chester, PA 19016-2000 |
| 521023755 | | Email/Text: bknotice@upgrade.com | Jun 25 2026 21:06:00 | Upgrade, Inc., Attn: Bankruptcy, 275 Battery Street, FL 23, San Francisco, CA 94111 |

TOTAL: 67

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 521040610 | *P++ | AMERICREDIT FINANCIAL SERVICS DBA GM FINANCIAL, PO BOX 183853, ARLINGTON TX 76096-3853, address filed with court:, AmeriCredit Financial Services, Inc., dba GM Financial, P O Box 183853, Arlington, TX 76096 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 27, 2026 · Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 25, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Andrew B Finberg | courtmail@standingtrustee.com  ecf.mail_9022@mg.bkdocs.us |

District/off: 0312-1                          User: admin                                    Page 5 of 5

Date Rcvd: Jun 25, 2026                       Form ID: plncf13                               Total Noticed: 79

Matthew K. Fissel

on behalf of Creditor LAKEVIEW LOAN SERVICING  LLC bkgroup@kmllawgroup.com, matthew.fissel@brockandscott.com

Mikelle Vieve Bliss

on behalf of Creditor Hometap Investment Partners III SPV  LLC by and through its servicer, Hometap Equity Partners, LLC
mbliss@hinshawlaw.com, dhanson@mcglinchey.com

Thomas G. Egner

on behalf of Debtor Charles A. Thompson  Jr. tegner@mcdowelllegal.com,
tcuccuini@mcdowelllegal.com;kgresh@mcdowelllegal.com;cgetz@mcdowelllegal.com;jmiller@mcdowelllegal.com;fbeal@mcd
owelllegal.com;egnertr62202@notify.bestcase.com

U.S. Trustee

USTPRegion03.NE.ECF@usdoj.gov

William E. Craig

on behalf of Creditor AmeriCredit Financial Services  Inc. dba GM Financial wcraig@egalawfirm.com,
mortoncraigecf@gmail.com;alapinski@egalawfirm.com


TOTAL: 6